

345 W. Washington Avenue, Suite 201
P. O. Box 2965
Madison, WI 53701-2965
P: 608.282.6200  F: 608.282.6252
www.lawtoncates.com

June 28, 2019

United States Federal Building and Courthouse
The Honorable Judge J P Stadtmueller
517 E. Wisconsin Ave. Room 362
Milwaukee, WI 53202
*Via: Electronic Filing*

      *RE:*   *Notice of Settlement of Remaining Claims*
             Eastern District of Wisconsin Case No. 18CV1000
             Our File No. 165180.002

Dear Judge Stadtmueller:

    This letter is to notify the Court of a settlement. The Plaintiff has settled all remaining claims related to the remaining Defendants. We anticipate filing settlement paperwork with the Court within the next thirty (30) days.

    If the Court has any questions, please feel free to contact me directly. My email address is bpagel@lawtoncates.com and the office telephone number is (608)282-6200.

    Thank you.

                                    **Lawton & Cates, S.C.**
                                    Attorneys for Plaintiff, Joshua Radloff
                                    *Electronically Signed By:*

                                    */s/ Briane F. Pagel*
                                    Attorney Briane F. Pagel
                                    State Bar No. 1025514

CC:
Joshua Radloff
Attorney David Ambrosh – Via Electronic Filing Notice
Attorney Andrew Cunningham – Via Electronic Filing Notice

Also serving you in Jefferson, WI at:
146 E. Milwaukee Street, Suite 120 • PO Box 399 • Jefferson, WI 53549
P 920.674.4567 • F 920.674.4726