# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOSHUA RADLOFF,<br><br>                      Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2004-2, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-1, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1, DISCOVER BANK, and KOHN LAW FIRM SC,<br><br>                      Defendants. | Case No. 18-CV-1000-JPS<br><br><br><br>**JUDGMENT** |

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Plaintiff's motion to dismiss (Docket #77) be and the same is hereby **GRANTED**; and

      **IT IS FURTHER ORDERED AND ADJUDGED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs assessed to any party.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

STEPHEN C. DRIES
Clerk of Court

August 15, 2019     *s/ Jodi L. Malek*
Date     By: Deputy Clerk